(No. 6150

BERTRAM AND MAVARA MIMS, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 19, 1972.*

BERTRAM AND MAVARA MIMS, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

THIS COURT FINDS that this claim arises by reason of a misunderstanding concerning insurance coverage.

IT IS HEREBY ORDERED that the sum of $316.50 be awarded to claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.